UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 00 CR 943-1 |
| v. | ) | |
| | ) | |
| TIMOTHY POOL | ) | Judge Denlow |
| | ) | |
| Defendant | ) | |
| | ) | |

**<u>RELEASE OF JUDGMENT LIEN</u>**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 00 CR 943-1. The judgment in the amount of $5,025.00, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Pinellas County Recorder's Office as document number 01-208403, on June 18, 2001 is hereby released.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Joseph A. Stewart
      JOSEPH A. STEWART
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6008

## **CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

     RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on , to the following non-ECF filers:

Timothy Pool
101 Falltime Dr.
Bull Shoals, AR 72619

                        By: s/ Joseph A. Stewart
                         JOSEPH A. STEWART
                         Assistant United States Attorney
                         219 South Dearborn Street
                         Chicago, Illinois 60604
                         (312) 469-6008